UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NATHAN C. SILVA, et al.,                          )
                                                  )
      Plaintiffs,  )
                                                  )
      v.            )   No. 1:25-cv-01270-RLY-TAB
                                                  )
ELEVANCE HEALTH, INC., et al.,                    )
                                                  )
      Defendants.   )

**ORDER ON PLAINTIFF PATRICK O'BRIEN'S MOTION TO TEMPORARILY LIFT STAY OF ACTION TO CONSOLIDATE DERIVATIVE ACTIONS**

Plaintiff Patrick O'Brien requests that the Court temporarily lift the stay in the above-captioned matter to consolidate this action with the shareholder derivative action *O'Brien v. Boudreaux, et al.*, 1:25-cv-01769-JPH-MJD and then reinstate the stay in place in the above-captioned *Silva* action. O'Brien's motion indicates that Plaintiff Nathan C. Silva and Defendants consent to the relief requested.

Plaintiff's motion [Filing No. 14] is granted. The Court temporarily lifts the stay in the above-captioned matter, *Silva v. Elevance Health, Inc. et al.*, 1:25-cv-01270-RLY-TAB, for the purpose of consolidating the action *O'Brien v. Boudreaux, et al.*, 1:25-cv-01769-JPH-MJD into the *Silva* action for all purposes, including trial. Cause No. 1:25-cv-01270-RLY-TAB will continue to proceed. The Clerk is directed to close Cause No. 1:25-cv-01769-JPH-MJD. No final judgment will issue in that case. All future filings shall be filed under Cause No. 1:25-cv-01270-RLY-TAB. Once the necessary procedural steps have been completed, the Clerk is directed to reinstate the stay order previously issued in this action [Filing No. 11] to apply to the consolidated derivative action.

Date: 3/23/2026

         _____

         Tim A. Baker
         United States Magistrate Judge
         Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email